FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY P. MARCHAND,<br><br>           Plaintiff,<br><br>  v.<br><br>SPOKANE COUNTY; SPOKANE COUNTY DETENTION SERVICES; JOHN MCGRATH, Jail Director; EAN SCHOLZ, Officer; OFFICER SIEGEL; OFFICER CORNWELL; SERGEANT ATCHISON; and JOHN and JANE DOES 1-10,<br><br>           Defendants. | NO: 2:18-CV-138-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal, ECF No. 20. The parties stipulate and agree to dismiss all claims with prejudice and without costs or attorneys' fees to any party. *Id.* Having reviewed the motion and the record, the Court finds good cause to grant the dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties Stipulated Motion for Dismissal, **ECF No. 20**, is **GRANTED**.

2. Plaintiff's claims against all Defendants are **dismissed with prejudice** without fees or costs to either party.

3. Judgment of dismissal shall be entered in favor of all Defendants.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 24, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2