# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 24, 2019**

SEAN F. McAVOY, CLERK

Roy P. Marchand,

*Plaintiff*

v.

Spokane County; Spokane County Detention Services; John Mcgrath, Jail Director; Ean Scholz, Officer; Officer Siegel; Officer Cornwell; Sergeant Atchison; and John and Jane Does 1-10,

*Defendant*

Civil Action No. 2:18-CV-138-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claims against all Defendants are dismissed with prejudice without fees or costs to either party. Judgment is entered in favor of all Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for stipulated dismissal.

Date: 01/24/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore